United States District Court

Eastern District of California

| | |
|---|---|
| Steven Lloyd Hronis, | |
|     Plaintiff, | No. Civ. S 04-1302 LKK PAN P |
| vs. | Order |
| Runnels, et al., | |
|     Defendants. | |

-oOo-

November 19, 2004, the court denied plaintiff's motion for leave to proceed in forma pauperis upon the ground the allegations in the complaint were in the realm of the fantastic, delusional and irrational and so were frivolous.  Plaintiff has not paid the $150 filing fee required by 28 U.S.C. § 1914(a)(2000), and if he did this action would be dismissed as frivolous pursuant to 42 U.S.C. § 1997e(c)(1), requiring courts to dismiss on their own motion frivolous suits brought by prisoners.

///

1 | Accordingly, the clerk of the court is directed to close
2 | this file.
3 | Dated: April 26, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge